1  LUCIAN J. GRECO, ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE: (702) 258-6665
   FACSIMILE: (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   James River Insurance Company
10

11                    **UNITED STATES DISTRICT COURT**

12                          **DISTRICT OF NEVADA**

13

| | |
|---|---|
| OTIS KING, an individual; and LILIANA SANCHEZ, an individual, | Case No. 2:19-cv-01609-RFB-NJK |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY; UBER TECHNOLOGIES INC., a Foreign Corporation; RASIER, LLC, a Foreign Limited Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, OTIS KING AND LILIANA SANCHEZ, by and through their attorneys of record, Boyd B. Moss, Esq. of Moss Berg Injury Lawyers and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER

INSURANCE COMPANY be dismissed, with prejudice, the parties to each bear their own fees and costs.

Dated this 24 day of February, 2020.

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

Dated this 21 day of February, 2020.

MOSS BERG INJURY LAWYERS

By: _____
Boyd B. Moss, Esq.
Nevada State Bar No. 8856
Attorney for Plaintiffs,
Otis King and Liliana Sanchez

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of February, 2020.

Dated: _____

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-cv-01609-RFB-NJK was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company